UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: EP:15-CR-00920(1)-PRM |
| | § | |
| (1) ERICK ALVAREZ | § | |

## ORDER

On this day, the Court considered Defendant's Motion to continue the above-captioned cause. The motion was made because of the need for investigation, plea negotiations, and/or preparation of the defense due to complex discovery issues. After due consideration, the Court is of the opinion that the motion should be granted.

The Court finds that the interest of justice outweigh the interest of the Defendant and of the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time from OCTOBER 28, 2015 through NOVEMBER 11, 2015, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161.

Accordingly, it is hereby ORDERED that Defendant's Motion for Continuance is GRANTED. **The case is rescheduled for REARRAIGNMENT on NOVEMBER 10, 2015, at 11:00 a.m.**

**NO FURTHER CONTINUANCES WILL BE GRANTED**.

**SIGNED AND ENTERED** this October 28, 2015.

PHILIP R MARTINEZ
UNITED STATES DISTRICT JUDGE