IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | NO.  EP-15-CR-920-PRM |
| ERICK ALVAREZ | ) | |

**NOTICE OF APPEAL**

      COMES NOW, ERICK ALVAREZ, by and through his undersigned attorney, hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment in the Criminal Case and the sentence pronounced on January 20, 2016.

      Respectfully submitted,

      MAUREEN SCOTT FRANCO
      Federal Public Defender


      /S/

      MARGARITO G. RODRIGUEZ
      Assistant Federal Public Defender
      Western District of Texas
      Richard C. White Federal Building
      700 E.  San Antonio Street, Suite D-401
      El Paso, Texas 79901

      *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was furnished to Rifian S. Newaz, Assistant United States Attorney for the Western District of Texas, Richard C. White Federal Building, 700 E.  San Antonio Street, Suite 200, El Paso, Texas 79901, on this 22nd day of January, 2016.

      /S/

      MARGARITO G. RODRIGUEZ