

# TRIBUNAL FEDERAL DE DISTRITO
Distrito Oeste De Texas
El Paso, Texas 79901

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | EP:15-CR-00920(1)-PRM |
| v. | § | |
| (1) ERICK ALVAREZ | | |

### NOTIFICATIÓN SOBRE SUS DERECHOS DE APELACIÓN

De acuerdo con el Reglamento 32(j), de los Reglamentos Federales de Procedimientos Penales, por medio de la presente se le notifíca que Ud. tiene el derecho de apelar su condena en el caso antedicho al Tribunal de Sugunda Instancia del Quinto Circuito (Court of Appeals for the Fifth Circuit). Según el Reglamento 4(b) de los Reglamentos Federales de Procedimientos para Apelaciones, la notifícacíon de apelación tiene que ser registrada dentro de un plazo de catorce días a partir de la fecha de registro del fallo o de la orden que se está apelando.

Si Ud. lo desea, el Actuario del Distrito, a base de su solicitud, preparará y registrará la notificación de su apelación, pero, claro, Ud. tiene que solicitarlo dentro del plazo de catorce dias indicado. Además de indicar que Ud. quiere apelar, su notificación de apelación tiene que especificar el fallo o la orden que se está apelando, y el hecho que Ud. está apelando su condena al Tribunal de Sugunda Instancia (Court of Appeals). También tiene que especificar las partes del procedimiento que no están registradas todavía y que Ud. cree necesario que el estenógrafo del juzgado incluya en el acta. Dicha designación debe hacerse en todo caso dentro del plazo de catorce días después de registrar su notificación de apelación. Véase Reglamento 10(b), Reglamentos Federales de Procedimientos para Apelaciones.

Si Ud. no puede cubrir el costo de la apelación, tiene derecho a solicitarle al Juez permiso para apelar *in forma pauperis*. Sin embargo, su solicitud para apelar *in forma pauperis* tiene que registrarse con el Actuario del Distrito dentro del plazo de catorce días; de lo contrario no lo considerará el tribunal.

Firmada:

PHILIP R. MARTINEZ
JUEZ FEDERAL DEL DISTRICTO

_____
(1) ERICK ALVAREZ

_____
Margarito Gonzalez Rodriguez
Abogado del Acusado